# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JOE ELLIS, et al.<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, et al.<br><br>　　　　Defendant(s). | CASE NO:<br>5:15−cv−00989−MMM−DTB<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(Pursuant to Local Rule 41) |

On 9/22/2015, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than 9/28/2015.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above−entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

**IT IS SO ORDERED.**

Dated: October 2, 2015

_____
Margaret M. Morrow
United States District Judge